

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINIION**

No. 04-14-00665-CR

**IN RE** Michael **HURTADO**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 1, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On September 22, 2014, relator Michael Hurtado filed a pro se petition for writ of mandamus raising several complaints related to his criminal case. In the underlying criminal proceeding, relator was convicted of attempted capital murder of a peace officer in June 2007 and no direct appeal of his conviction or sentence was taken to this court. *See* TEX. PENAL CODE ANN. §19.03(a)(1), (b) (West Supp. 2014).

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth*

---

[1] This proceeding arises out of Cause No. 2006CR2194C, styled *The State of Texas v. Michael Hurtado*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.

*Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus. Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH